Case: 1:18-cv-00153-JLH Doc. #: 1 Filed: 06/16/20 Page: 1

Case MDL No. 2820 Document 456 Filed 06/16/20 Page 1

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 16, 2020
JAMES W. McCORMACK, CLERK
By: Jake Kornegay D.C.
DEP CLERK



**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: DICAMBA HERBICIDES LITIGATION      MDL No. 2820

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −13)**

On February 1, 2018, the Panel transferred 5 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1345 (J.P.M.L. 2018). Since that time, 25 additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Stephen N. Limbaugh, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Limbaugh.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of February 1, 2018, and, with the consent of that court, assigned to the Honorable Stephen N. Limbaugh, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 16, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: DICAMBA HERBICIDES LITIGATION  MDL No. 2820

### SCHEDULE CTO−13 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 3 | 20−00153 | Larry Jones Farms Inc et al v. Monsanto Company et al |
| **IOWA NORTHERN** | | | |
| IAN | 3 | 20−03019 | Myhre v. Monsanto Company et al |
| **KANSAS** | | | |
| KS | 2 | 20−02260 | Hawkins et al v. Monsanto Company et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 2 | 20−00101 | Triple Eaton Farms, LLC v. Monsanto Company et al |
| **MISSOURI EASTERN** | | | |
| ~~MOE~~ | ~~1~~ | ~~20−00113~~ | ~~Jimmy Parks Farms et al v. Monsanto Company et al~~ Vacated 6/8/20 |
| **TENNESSEE WESTERN** | | | |
| TNW | 1 | 20−02337 | Howard Bond Farm v. Monsanto Company et al |